No. 32. MÉNDEZ v. RIOS ET AL.—Appeal from the District Court of Aguadilla. Decided January 11, 1905. Withdrawn on motion of the appellant. *Mr. Vázquez,* for appellant.

---

No. 57. EX PARTE MARRERO.—Appeal from the District Court of San Juan. Decided January 19, 1905. Withdrawn on motion of the appellant. *Mr. Hawkins,* for appellant.

---

No. 4. FERNÁNDEZ v. MOJICA.—Appeal from the District Court of San Juan. Decided January 23, 1905. Motion to dismiss the appeal on the ground that the appellant had not presented the transcript of the record within twenty days after filing notice of appeal. The motion was dismissed. *Messrs. Coll Cuchi and Antonsanti,* for petitioner; *Messrs. Acuña and Méndez,* for opponent.

---

No. 67. RAMÍREZ v. MONTALVE.—Appeal from the District Court of Mayaguez. Decided January 30, 1905. The appeal was dismissed on the ground that the appellant had not-complied with the provisions of sections 229 of the Code of Civil Procedure, and 51 and 54 of the Regulations. *Messrs. Acuña and Méndez,* for petitioner and respondent; *Mr. Ramírez,* for opponent.

---

No. 8. ESTATE OF LANGE v. AQUILUE.—Appeal from the District Court of Mayaguez. Decided January 30, 1905. The appeal was dismissed owing to the appellant not having complied with the provisions of sections 299 of the Code of Civil Procedure, and 50, 51, and 54 of the Regulations. *Mr. Vázquez,* for appellant.